IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| TONY RENDER, | : | |
| Petitioner, | : | Case No.: 5:10-cv-122(CAR) |
| v. | : | |
| BRIAN OWENS, | : | 28 U.S.C. § 2254 |
| Respondent. | : | |

### *ORDER ON THE REPORT AND RECOMMENDATION*
### *OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 25] to dismiss Petitioner's claim as untimely pursuant to the Anti-Terrorism and Effective Death Penalty Act (AEDPA). 28 U.S.C. § 2244(d). Petitioner entered an Objection [Doc. 26] to the Recommendation, which only restates the same meritless argument he made in his initial Response [Doc. 23] to Respondent's Motion to Dismiss [Doc. 19].

Upon *de novo* review of the Recommendation, the Objection, and the entire record, the Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**. Respondent's Motion to Dismiss is hereby **GRANTED**, and the Petition is **DISMISSED**.

**SO ORDERED,** this 10th day of December, 2010.

S/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT

THC